IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Weiss,<br><br>   Plaintiff,<br><br>vs.<br><br>Praxis Financial Solutions Inc.,<br><br>   Defendant. | No. CV 09-460-TUC-AWT<br><br>**ORDER** |

Based on Plaintiff's Voluntary Dismissal (Doc. 7) pursuant to Fed. R. Civ. P. 41(a)(1)(A), this matter is dismissed with prejudice. **The Clerk of Court is directed to close this case.**

DATED this 17th day of February, 2011.

Raner C. Collins
United States District Judge